# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | LISA R. RITZ |
| Case Number: | 18-24304-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 07, 2019 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/11/19 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#15 - Continued Confirmation of Plan Dated 11/14/2018 (N)
+Objections By: Rushmore Loan Management Services
R / M #: 15 / 0

### *Appearances:*

*A. Steidl*

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

### *Proceedings:*

*Counsel/debtor have no defense*
*T consents*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
     Objections are due on or before _____ .
     A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*No pmts ever.*

2/28/2019  9:50:44AM