Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lisa R. Ritz** | : | Case No. 18−24304−CMB |
| **aka Lisa R Jones−Ritz** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Issued Per Mar. 7, 2019 Proceeding |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

    *AND NOW,* this ***The 11th of March, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

    (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 18-24304-CMB
Lisa R. Ritz                                                        Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                 Page 1 of 2             Date Rcvd: Mar 11, 2019
                              Form ID: 309               Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db             +Lisa R. Ritz,    4 Meadow Wood Drive,    Cheswick, PA 15024-9657
14972887       +Greensky, LLC,    PO Box 71215,    Charlotte, NC 28272-1215
14977378       +Greensky, LLC,    1797 Northeast Expressway, Ste. 100,     Atlanta, GA 30329-2451
14975173       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,     845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14943001        Rushmore Loan Management,    P.O. Box 514707,    Los Angeles, CA 90051-4707
14977477       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14943002       +Rushmore Loan Management Services,    c/o KML Law Group,
                 Suite 5000, BNY Mellon Independence Ctr,     701 Market Street,    Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14958379        E-mail/Text: ebn@americollect.com Mar 12 2019 02:59:31      Americollect,    Po Box 1566,
                 1851 South Alverno Road,    Manitowoc, WI 54221
14958378        E-mail/Text: ebn@americollect.com Mar 12 2019 02:59:32      Americollect,    Po Box 1566,
                 Manitowoc, WI 54221
14943000        EDI: GMACFS.COM Mar 12 2019 06:48:00      Ally Bank,    P.O. Box 380902,
                 Bloomington, MN 55438-0902
14950130        EDI: GMACFS.COM Mar 12 2019 06:48:00      Ally Bank,    PO Box 130424,   Roseville MN 55113-0004
14958380       +EDI: CAPITALONE.COM Mar 12 2019 06:48:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
14958381       +EDI: CAPITALONE.COM Mar 12 2019 06:48:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14975437        EDI: BL-BECKET.COM Mar 12 2019 06:48:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
14958382       +EDI: CCUSA.COM Mar 12 2019 06:48:00      Credit Collections USA, LLC,    16 Distributor Dr Ste 1,
                 Morgantown, WV 26501-7209
14958386       +EDI: RCSFNBMARIN.COM Mar 12 2019 06:48:00      Credit One Bank,    Attn: Bankruptcy,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14958384       +EDI: RCSFNBMARIN.COM Mar 12 2019 06:48:00      Credit One Bank,    Po Box 98875,
                 Las Vegas, NV 89193-8875
14972664       +E-mail/Text: kburkley@bernsteinlaw.com Mar 12 2019 03:00:01      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14958389       +EDI: CBSKOHLS.COM Mar 12 2019 06:48:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
14958389       +E-mail/Text: bncnotices@becket-lee.com Mar 12 2019 02:58:40      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14958388       +EDI: CBSKOHLS.COM Mar 12 2019 06:48:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-5660
14958388       +E-mail/Text: bncnotices@becket-lee.com Mar 12 2019 02:58:40      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14976703        EDI: RESURGENT.COM Mar 12 2019 06:48:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
                                                                                                TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Rushmore Loan Management Services as servicer for
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14958377*       Ally Bank,    P.O. Box 380902,    Bloomington, MN 55438-0902
14958383*      +Credit Collections USA, LLC,    16 Distributor Drive,    Suite 1,   Morgantown, WV 26501-7209
14958387*      +Credit One Bank,    Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14958385*      +Credit One Bank,    Po Box 98875,   Las Vegas, NV 89193-8875
14958390*       Rushmore Loan Management,    P.O. Box 514707,    Los Angeles, CA 90051-4707
14958391*      +Rushmore Loan Management Services,    c/o KML Law Group,
                 Suite 5000, BNY Mellon Independence Ctr,    701 Market Street,    Philadelphia, PA 19106-1538
                                                                                              TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: 309            Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Rushmore Loan Management Services as servicer for
               Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee
               for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Lisa R. Ritz julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```